Jeff Le Riche (MO Bar No. 46557)
COMMODITY FUTURES
TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO  64108
Email: cashley@cftc.gov
Telephone: (816) 960-7700
Facsimile: (816) 960-7750
Attorneys for Plaintiff
Commodity Futures Trading Commission

Paul A. Rigali (SBN 262948)
*prigali@larsonllp.com*
Catherine S. Owens (SBN 307626)
*cowens@larsonllp.com*
Chloë N. Coleman (SBN 343100)
*ccoleman@larsonllp.com*
Mehrunisa Ranjha (SBN 318399)
*mranjha@larsonllp.com*
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000
Attorneys for Defendants Safeguard
Metals LLC and Jeffrey S. Santulan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEGUARD METALS LLC AND JEFFREY S. SANTULAN,<br><br>Defendants. | Case No. 2:22-CV-00691 JFW (SKx)<br><br>**JOINT STIPULATION SEEKING LEAVE TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER**<br><br>Hon. John F. Walter, Crtrm 7A<br><br>Complaint Filed: February 1, 2022<br>FAC Filed:        May 25, 2022<br>Trial Date:         November 28, 2023 |

LARSON
LOS ANGELES

Case No. 2:22-cv-00691 JFW (SKx)
JOINT STIPULATION SEEKING LEAVE TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Paragraph 3(a) of the Court's Scheduling and Case Management Order (ECF No. 131 at 7-8), Plaintiffs Commodity Futures Trading Commission ("CFTC"), the States (as defined in the First Amended Complaint, or "FAC" (ECF No. 104)) (collectively, "Plaintiffs), and Defendants Safeguard Metals LLC and Jeffrey S. Santulan (collectively, "Defendants" and together with Plaintiffs referred to as the "Parties"), through and by their respective counsel, hereby stipulate as follows:

WHEREAS, the Court entered a Scheduling and Case Management Order, dated July 12, 2022, setting the last day of discovery for August 28, 2023, the last day to hear motions as September 11, 2023, the pre-trial conference for November 3, 2023, and the trial date for November 28, 2023;

WHEREAS, the Court's Scheduling and Case Management Order also set the last day to conduct a Settlement Conference/Mediation for April 3, 2023, and the last day to file a Joint Report regarding the Results of the Settlement Conference/mediation for April 7, 2023;

WHEREAS, the Parties originally scheduled an in-person JAMS Mediation before the Hon. Gandhi (Ret.) for March 16, 2023, and were fully prepared to engage in a mediation on this date;

WHEREAS, the mediation had to then be postponed to a later date due to an injury suffered by the mediator;

WHEREAS, the Parties remain committed to engaging in a substantive mediation as soon as possible and therefore agreed to postpone the mediation to a mutually agreeable time for the mediator and all Parties;

WHEREAS, the mediator is next available for a remote mediation on April 18 and an in-person mediation in June, and the mediator and the Parties are in the process of determining a mutually agreeable date;

LARSON
LOS ANGELES

2                                    Case No. 2:22-cv-00691 JFW (SKx)
JOINT STIPULATION SEEKING LEAVE TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER

1  WHEREAS, as a result of this postponement, the Parties will be unable to
2  complete the required mediation by April 4, 2023, as set forth in the Court's
3  Scheduling and Case Management Order, and therefore the Parties seek an extension
4  of the deadlines to conduct a Settlement Conference/Mediation to June 30, 2023 and
5  to file a Joint Report regarding the Results of the Settlement Conference/Mediation
6  to July 5, 2023;

7  WHEREAS, the Parties have not previously requested any extensions of the
8  deadlines to conduct a Settlement Conference/Mediation or to file Joint Report
9  regarding the Results of the Settlement Conference/Mediation;

10  IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

- The last day to conduct a Settlement Conference/Mediation is extended from April 3, 2023 to June 30, 2023; and
- The last day to file a Joint Report regarding the results of the Settlement Conference/Mediation is extended from April 7, 2023 to July 5, 2023.

Dated:  April 3, 2023                COMMODITY FUTURES TRADING
                                     COMMISSION


                                     By:  */s/ Jeff Le Riche*
                                          Jeff Le Riche
                                          Attorneys for Plaintiff
                                          Commodity Futures Trading Commission

LARSON
LOS ANGELES

3                                                Case No. 2:22-cv-00691 JFW (SKx)
JOINT STIPULATION SEEKING LEAVE TO MODIFY THE COURT'S SCHEDULING AND CASE
MANAGEMENT ORDER

| | | |
|---|---|---|
| 1 | Dated: April 3, 2023 | LARSON LLP |
| 2 | | |
| 3 | | By: */s/ Paul A. Rigali* |
| 4 | | Paul A. Rigali |
| 5 | | Catherine S. Owens |
| 6 | | Chloë N. Coleman |
| 7 | | Mehrunisa Ranjha |
| 8 | | Attorneys for Defendants Safeguard Metals LLC and Jeffrey S. Santulan |

LARSON
LOS ANGELES

4
Case No. 2:22-cv-00691 JFW (SKx)
JOINT STIPULATION SEEKING LEAVE TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), signatories hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 3, 2023                    LARSON LLP


By: */s/ Paul A. Rigali*
  Paul A. Rigali
  Catherine S. Owens
  Chloë N. Coleman
  Mehrunisa Ranjha
  Attorneys for Defendants
  SAFEGUARD METALS, LLC AND
  JEFFREY S. SANTULAN