Paul A. Rigali (SBN 262948)
*prigali@larsonllp.com*
Jerry A. Behnke (SBN 180462)
*jbehnke@larsonllp.com*
Catherine S. Owens (SBN 307626)
*cowens@larsonllp.com*
Chloë N. Coleman (SBN 343100)
*ccoleman@larsonllp.com*
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendants
SAFEGUARD METALS LLC AND
JEFFREY IKAHN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEGUARD METALS LLC AND JEFFREY IKAHN (a/k/a JEFFREY S. SANTULAN and JEFF HILL),<br><br>Defendants. | Case No. 2:22-cv-00691 JFW (SKx)<br>Hon. John F. Walter, Crtrm 7A<br><br>**DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:  February 1, 2022<br>SAC Filed:        April 7, 2023<br>Trial Date:       November 28, 2023 |

## ANSWER TO SECOND AMENDED COMPLAINT

Defendants Safeguard Metals, LLC ("Safeguard") and Jeffrey Ikahn (a/k/a Jeffrey S. Santulan and Jeff Hill) ("Ikahn") (collectively, "Defendants") hereby respond to the Second Amended Complaint ("SAC") of Plaintiffs Commodity Futures Trading Commission ("CFTC") and the States (as set forth in the above caption and together with CFTC, "Plaintiffs") as follows:

## I. SUMMARY[1]

1.      This paragraph states legal conclusions to which no response is required. Except so expressly admitted, Defendants deny all remaining allegations in this paragraph.

2.      This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

3.      This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

4.      This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

5.      This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

---

[1]      For ease of reference, Defendants use the headings used in Plaintiffs' Second Amended Complaint. In so doing, Defendants do not admit any of the allegations contained in those headings.

6.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

7.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

8.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

9.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny that they have violated any provisions of the Commodity Exchange Act or CFTC Regulations, and further deny liability for any claims raised in the SAC.  Defendants deny all allegations in this paragraph.

10.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny that they have violated any provisions of the Commodity Exchange Act or CFTC Regulations, and further deny liability for any claims raised in the SAC.  Defendants deny all remaining allegations in this paragraph.

11.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny that they have violated any provisions of the Commodity Exchange Act or CFTC Regulations, and further deny liability for any claims raised in the SAC.  Defendants deny all remaining allegations in this paragraph.

## II.  JURISDICTION AND VENUE

12.     This paragraph states legal conclusions to which no response is required. Except so expressly admitted, Defendants deny all remaining allegations in this paragraph.

13.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

14.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

15.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny that they have engaged or will engage in any acts, practices, and courses of business that violate the Commodity Exchange Act or CFTC Regulations within the jurisdiction of the United States District Court for the Central District of California or elsewhere.  Defendants deny any remaining allegations in this paragraph.

## III.  THE PARTIES

### A.    PLAINTIFFS

16.    Admitted.

17.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

18.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

### B.    DEFENDANTS

19.    Admitted.

20.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants admit that Jeffrey Ikahn is a resident of Tarzana, California and that Jeffrey Ikahn has never been registered with the Commission in any capacity.  Defendants admit that Ikahn's legal name was once Jeffrey Santulan.  Defendants admit that in July 2021, his name was legally changed

1  from Jeffrey Santulan to Jeffrey Ikahn.  Except so expressly admitted, Defendants
2  deny all remaining allegations in this paragraph.

3                                    **FACTS**

4    **A.    Safeguard Metals' Operations**

5         21.    This paragraph states legal conclusions to which no response is required.
6  To the extent a further response is required, Defendants admit that Safeguard markets
7  and sells precious metal coins. Defendants further admit that Safeguard's website is
8  https://www.safeguardmetals.com. Except so expressly admitted, Defendants deny all
9  remaining allegations in this paragraph.

10        22.    Defendants lack knowledge or information sufficient to form a belief
11  about the truth of the allegations contained in this paragraph.  To the extent a response
12  is required, Defendants deny the allegations in this paragraph.

13        23.    Defendants lack knowledge or information sufficient to form a belief
14  about the truth of the allegations contained in this paragraph.  To the extent a response
15  is required, Defendants deny the allegations in this paragraph.

16        24.    Defendants lack knowledge or information sufficient to form a belief
17  about the truth of the allegations in this paragraph.  To the extent a response is
18  required, Defendants deny the allegations contained in this paragraph.

19        25.    Defendants lack knowledge or information sufficient to form a belief
20  about the truth of the allegations in this paragraph.  To the extent a response is
21  required, Defendants deny the allegations contained in this paragraph.

22        26.    Defendants lack knowledge or information sufficient to form a belief
23  about the truth of the allegations in this paragraph.  To the extent a response is
24  required, Defendants deny the allegations contained in this paragraph.

25        27.    Defendants lack knowledge or information sufficient to form a belief
26  about the truth of the allegations in this paragraph.  To the extent a response is
27  required, Defendants deny the allegations contained in this paragraph.

28  / / /

28.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

29.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

30.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

31.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

32.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

**B.      Defendants Defrauded Mostly Elderly Customers into Establishing SDIRAs and Cash Accounts to Purchase Precious Metals**

33.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

34.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

35.   This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

36.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

37.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

38.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

39.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

40.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

41.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

42.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

43.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

44.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

/ / /

45.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

46.   This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

C.   **Safeguard Metals Charged Exorbitant Price Markups on Silver Coins That Bore No Relation to the Ranges Represented to Customers**

47.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

48.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

49.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

50.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

51.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

52.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

/ / /

53.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

54.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

55.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.  To the extent a response is required, Defendants deny the allegations contained in this paragraph.

56.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

57.   This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

**D.   Safeguard Metals Misrepresented to Customers How It Earned Profits and Lulled Customers by Making Misrepresentations About the Value of Customers' Precious Metals**

58.   This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

59.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

60.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.   To the extent a response is required, Defendants deny the allegations contained in this paragraph.

/ / /

61. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

62. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

63. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

64. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

65. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

66. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

67. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

68. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

/ / /

/ / /

/ / /

/ / /

**E.    Ikahn Controlled the Operations of Safeguard Metals and Is Therefore Liable for Its Actions.**

69.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

70.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants admit Jeffrey Ikahn is the only member of Safeguard Metals, LLC and that he registered the company using the title "Principal."  Defendants deny any remaining allegations in this paragraph.

71.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

72.    Defendants deny that Jeffrey Ikahn was the only signatory on Safeguard Metals' bank accounts. Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.  To the extent a response is required, Defendants deny the allegations contained in this paragraph.

73.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

**F.    Defendants Acted in the States as Unregistered Investment Advisers or Investment Adviser Representatives and Engaged in Fraud**

74.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants admit state law governs the registration of investment advisers and investment adviser representatives.  To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

/ / /

/ / /

75.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

        **a.**     **Defendants Acted in the States as Unregistered Investment Advisers or Investment Adviser Representatives**

76.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

77.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

78.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

79.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

80.     Defendants admit that Safeguard Metals has never been registered as an IA, nor have its agents or Ikahn been registered as IARs. Defendants admit that they have never submitted a notice of filing with the appropriate state regulator as an IA or IAR. Defendants deny that they were required to register as IAs or IARs pursuant to state and/or federal law. Defendants further deny that they are not exempt from state registration as an IA or IAR. Except so expressly admitted herein, Defendants deny all remaining allegations contained in this paragraph.

/ / /

/ / /

/ / /

b.    **As Investment Advisers or Investment Adviser Representatives, Defendants Engaged in Fraud**

81. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

82. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

c.    **The Fraud Defendants Engaged in Violates Additional States' Laws**

83. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

84. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## V. VIOLATIONS OF THE COMMODITY EXCHANGE ACT AND COMMISSION REGULATIONS
### COUNT 1
### Fraud
**Violations of Section 6(c)(1) of the CEA, 7 U.S.C. § 9(1), and CFTC Regulation 180.1(a)(1)-(3), 17 C.F.R. § 180.1(a)(1)-(3) (2021)**

*(Brought by all Plaintiffs)*

85. Defendants repeat and incorporate their Answers to paragraphs 1 thorough 84 as though fully set forth herein.

86. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

87. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

88. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

89. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

90. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

91. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## VI. VIOLATIONS OF THE CODE OF ALABAMA

(*Brought by Plaintiff State of Alabama*)

### Securities Fraud
### Definitions

92. Defendants repeat and incorporate their Answers to paragraphs 1 through 91 as though fully set forth herein.

93. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

94. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this

1  paragraph contains allegations inconsistent with the statute, Defendants deny those
2  allegations.

3      95.   This paragraph states legal conclusions to which no response is required.
4  To the extent a response is required, the statute speaks for itself. To the extent this
5  paragraph contains allegations inconsistent with the statute, Defendants deny those
6  allegations.

7      96.   This paragraph states legal conclusions to which no response is required.
8  To the extent a response is required, the statute speaks for itself.  To the extent this
9  paragraph contains allegations inconsistent with the statute, Defendants deny those
10 allegations.

11                        <u>**COUNT 3**</u>
12 **Unregistered Investment Adviser and Investment Adviser Representatives**
   **Violations of § 8-6-3(b) and (c), Code of Alabama (1975)**
13

14     97.   Defendants repeat and incorporate their Answers to paragraphs 1 through
15 96 as though fully set forth herein.

16     98.   This paragraph states legal conclusions to which no response is required.
17 To the extent a response is required, the statute speaks for itself. To the extent this
18 paragraph contains allegations inconsistent with the statute, Defendants deny those
19 allegations.

20     99.   This paragraph states legal conclusions to which no response is required.
21 To the extent a response is required, the statute speaks for itself. To the extent this
22 paragraph contains allegations inconsistent with the statute, Defendants deny those
23 allegations.

24     100.  This paragraph states legal conclusions to which no response is required.
25 To the extent a further response is required, Defendants deny all allegations in this
26 paragraph.

27 / / /

28 / / /

101.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

102.  Defendants admit that during the relevant period, Defendants were not registered as Investment Advisers or Investment Adviser Representatives in the State of Alabama.  Defendants deny that they were not exempt from registration under the laws of Alabama. Except so expressly admitted, Defendants deny all remaining allegations contained in this paragraph.

103.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## COUNT 4
### Investment Advice Fraud
### Violations of § 8-6-17(b)(2), Code of Alabama (1975)

104.  Defendants repeat and incorporate their Answers to paragraphs 1 through 103 as though fully set forth herein.

105.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

106.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

107.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

/ / /

/ / /

## COUNT 5
**Material Misrepresentations & Omissions in Connection with the Sale of a Security**
**Violations of § 8-6-17(a)(2), Code of Alabama (1975)**

108.  Defendants repeat and incorporate their Answers to paragraphs 1 through 107 as though fully set forth herein.

109.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

110.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

111.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## COUNT 6
**Financial Exploitation of the Elderly**
**Definitions and Violations of § 13A-6-195, Code of Alabama (1975)**

112.  Defendants repeat and incorporate their Answers to paragraphs 1 through 111 as though fully set forth herein.

113.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

114.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this

/ / /

paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

115. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

116. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

117. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

118. Denied.

119. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## VII. VIOLATIONS OF THE CODE OF ARKANSAS

(*Brought by Plaintiff the Arkansas Securities Department*)

### Securities Fraud
### Definitions

120. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

121. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this

1   paragraph contains allegations inconsistent with the statute, Defendants deny those
2   allegations.

3        122.  This paragraph states legal conclusions to which no response is required.
4   To the extent a response is required, the statute speaks for itself. To the extent this
5   paragraph contains allegations inconsistent with the statute, Defendants deny those
6   allegations.

7        123.  This paragraph states legal conclusions to which no response is required.
8   To the extent a response is required, the statute speaks for itself.  To the extent this
9   paragraph contains allegations inconsistent with the statute, Defendants deny those
10   allegations.

11

**<u>COUNT 7</u>**

**Unregistered Investment Adviser and Investment Adviser Representative
Violations of Ark. Code Ann. § 23-42-301**

12

13

14        124.  Defendants repeat and incorporate their Answers to paragraphs 1 through
15   123 as though fully set forth herein.

16        125.  This paragraph states legal conclusions to which no response is required.
17   To the extent a response is required, the statute speaks for itself. To the extent this
18   paragraph contains allegations inconsistent with the statute, Defendants deny those
19   allegations.

20        126.  This paragraph states legal conclusions to which no response is required.
21   To the extent a further response is required, Defendants deny all allegations in this
22   paragraph.

23        127.  Defendants admit that during the relevant period, Defendants were not
24   registered as Investment Advisers or Investment Adviser Representatives in the State
25   of Arkansas.   Defendants deny that they were not, and are not, exempt from
26   registration under Arkansas law.  Except so expressly admitted, Defendants deny all
27   remaining allegations contained in this paragraph.

28   / / /

128.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## COUNT 8
### Material Misrepresentations & Omissions in Connection with the Sale of a Security
### Violations of Ark. Code Ann. § 23-42-307(a)(2)

129.  Defendants repeat and incorporate their Answers to paragraphs 1 through 128 as though fully set forth herein.

130.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

131.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all remaining allegations in this paragraph.

132.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## VIII. VIOLATIONS OF THE CALIFORNIA STATUTES

(*Brought by Plaintiff State of California*)

## COUNT 9
### Unlicensed Investment Advice
### (Cal. Corp. Code § 25230)

133.  Defendants repeat and incorporate their Answers to paragraphs 1 through 132 as though fully set forth herein.

134.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those

1  allegations.

2      135.  This paragraph states legal conclusions to which no response is required.

3  To the extent a response is required, the statute speaks for itself. To the extent this

4  paragraph contains allegations inconsistent with the statute, Defendants deny those

5  allegations.

6      136.  This paragraph states legal conclusions to which no response is required.

7  To the extent a response is required, the statute speaks for itself. To the extent this

8  paragraph contains allegations inconsistent with the statute, Defendants deny those

9  allegations.

10      137.  Defendants lack knowledge or information sufficient to form a belief

11  about the truth of the allegations in this paragraph.  To the extent a response is

12  required, Defendants deny the allegation contained in this paragraph.

13      138.  This paragraph states legal conclusions to which no response is required.

14  To the extent a further response is required, Defendants deny all allegations in this

15  paragraph.

16                    **COUNT 10**
                   **Investment Adviser Fraud**
17                 **(Cal. Corp. Code § 25235)**

18

19      139.  Defendants repeat and incorporate their Answers to paragraphs 1 through

20  138 as though fully set forth herein.

21      140.  This paragraph states legal conclusions to which no response is required.

22  To the extent a response is required, the statute speaks for itself. To the extent this

23  paragraph contains allegations inconsistent with the statute, Defendants deny those

24  allegations.

25      141.  This paragraph states legal conclusions to which no response is required.

26  To the extent a further response is required, Defendants deny all allegations in this

27  paragraph.

28  / / /

142.  This paragraph states legal conclusions to which no response is required. To the extent no response is required, Defendants deny all allegations in this paragraph.

## COUNT 11
### Commodities Fraud
### (Cal. Corp. Code § 29536)

143.  Defendants repeat and incorporate their Answers to paragraphs 1 through 142 as though fully set forth herein.

144.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

145.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

146.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

147.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

148.  Denied.

149.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

/ / /

/ / /

150.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

151.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## IX. VIOLATIONS OF CONNECTICUT LAW

(*Brought by Plaintiff State of Connecticut*)

### COUNT 12
### Unregistered Investment Advisor
### Violations of Conn. Gen. Stat. § 36b-6(c)(1)

152.  Defendants repeat and incorporate their answers to paragraphs 1 through 152 as though fully set forth herein.

153.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

154.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

155.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

156.  Defendants admit that Safeguard Metals and Ikahn are not registered with the Commissioner and have not submitted a notice filing with the Commissioner. Defendants deny that they are not exempt from State registration.  Except so expressly admitted, Defendants deny all remaining allegations contained in this paragraph.

## COUNT 13
### Unregistered Investment Advisor Agent
### Violations of Conn. Gen. Stat. § 36b-6(c)(2)

157.  Defendants repeat and incorporate their Answers to paragraphs 1 through 156 as though fully set forth herein.

158.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

159.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

160.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

161.  Denied.

162.  Defendants admit that Ikahn has not registered with the Commissioner and has not submitted a notice filing to the Commissioner.  Defendants deny that Ikahn is not exempt from State registration. Except so expressly admitted, Defendants deny all remaining allegations contained in this paragraph.

## COUNT 14
### Investment Advisor Fraud
### Violations of Conn. Gen. Stat. § 36b-5(a)

163.  Defendants repeat and incorporate their Answers to paragraphs 1 through 162 as though fully set forth herein.

164.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this

paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

165.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

166.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## COUNT 15
### Dishonest or Unethical Practice
### Violations of Conn. Gen. Stat. § 36b-5(f)

167.  Defendants repeat and incorporate their Answers to paragraphs 1 through 166 as though fully set forth herein.

168.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

169.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## COUNT 16
### Securities Fraud
### Violations of Conn. Gen. Stat. § 36b-4(a)

170.  Defendants repeat and incorporate their Answers to paragraphs 1 through 169 as though fully set forth herein.

171.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those

allegations.

172. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

173. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

### COUNT 17
### Common Law Fraud/Misrepresentation

174. Defendants repeat and incorporate their Answers to paragraphs 1 through 173 as though fully set forth herein.

175. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

### X. VIOLATIONS OF FLORIDA STATUTES

(*Brought by Plaintiff State of Florida*)

### COUNT 18
### Commodities Prohibited Practices – Fraud
### Violations of Florida Statute 517.275

176. Defendants repeat and incorporate their Answers to paragraphs 1 through 175 as though fully set forth herein.

177. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

178. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## COUNT 19

### Acting as Unregistered Investment Advisers or Associated Persons
### Violations of Florida Statute 517.12(4)

179.  Defendants repeat and incorporate their Answers to paragraphs 1 through 178 as though fully set forth herein.

180.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

181.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants admit that they were not notice-filed or registered as investment advisers or associated persons with the Florida Office of Financial Regulation.  Defendants deny that they were not exempt from such registration.  Except so expressly admitted, Defendants deny all remaining allegations contained in this paragraph.

182.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

183.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## XI. VIOLATIONS OF IDAHO CODE

*(Brought by Plaintiff State of Idaho)*

### COUNT 20
### Unregistered Investment Adviser
### (Idaho Code § 30-14-403)

184.  Defendants repeat and incorporate their Answers to paragraphs 1 through 183 as though fully set forth herein.

185.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

186.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

187.  Denied.

188.  Admitted.

## COUNT 21
### Fraud in Providing Investment Advice
### (Idaho Code § 30-14-502)

189.  Defendants repeat and incorporate their Answers to paragraphs 1 through 188 as though fully set forth herein.

190.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

191.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## COUNT 22
### Fraud in Connection with a Commodity Contract
### (Idaho Code § 30-1506)

192.  Defendants repeat and incorporate their Answers to paragraphs 1 through 191 as though fully set forth herein.

/ / /

193.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

194.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

195.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

196.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

197.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

198.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.  To the extent a response is required, Defendants deny all allegations in this paragraph.

199.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

/ / /

/ / /

/ / /

/ / /

# XII. VIOLATIONS OF ILLINOIS LAW

(*Brought by Plaintiff State of Illinois*)

## COUNT 23
### Unregistered Investment Adviser and Investment Adviser Representative Violations of 815 ILCS 5 §§ 8.A, 12.C and 12.D

200.  Defendants repeat and incorporate their Answers to paragraphs 1 through 199 as though fully set forth herein.

201.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

202.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

203.  Denied.

204.  Admitted.

205.  Admitted.

206. Defendants admit that they have never registered any sales representatives as investment adviser representatives.  Except so expressly admitted, Defendants deny all remaining allegations contained in this paragraph.

207.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

208.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those

allegations.

209.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

210.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

**COUNT 24**
**Investment Adviser Fraud**
**Violations of 815 ILCS 5, § 12.J**

211.  Defendants repeat and incorporate paragraphs 1 through 210 as though fully set forth herein.

212.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

213.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

**XIII. VIOLATIONS OF KENTUCKY STATUTES**

(*Brought by Plaintiff State of Kentucky*)

**COUNT 25**
**Unregistered Investment Adviser**
**Violations of KRS 292.330(8)**

214.  Defendants repeat and incorporate paragraphs 1 through 213 as though fully set forth herein.

/ / /

215.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

216.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

217.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

218.  Defendants admit that Safeguard Metals is not registered as an investment adviser in Kentucky.  Defendants admit that there is no record of Safeguard Metals filing for an exemption from registration with KDFI, because there is no requirement to file for an exemption in order to receive exempt status from registration. Except so expressly admitted, Defendants deny all remaining allegations contained in this paragraph.

219.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

220.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

/ / /

/ / /

/ / /

/ / /

# XIV. VIOLATIONS OF THE MARYLAND STATUTES

(*Brought by Plaintiff State of Maryland*)

## <u>COUNT 26</u>
### Unregistered Investment Adviser and Investment Adviser Representative Violations of Md. Code, Corps. & Assn's § 11-401(b)(1)

221.  Defendants repeat and incorporate their Answers to paragraphs 1 through 220 as though fully set forth herein.

222.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

223.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

224.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

225. Defendants admit that Safeguard Metals has never been registered in Maryland as an investment adviser.  Defendants deny that they are not exempt from registration. To the extent a further response is required, Defendants deny all remaining allegations contained in this paragraph.

226.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all remaining allegations in this paragraph.

227.  Defendants admit that Ikahn has never been registered in Maryland as an investment adviser.  Defendants deny that Ikahn is not exempt from registration.  To

the extent a further response is required, Defendants deny all remaining allegations contained in this paragraph.

228.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

229.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

**COUNT 27**
**Employment of Unregistered Investment Adviser Representatives**
**Violations of Md. Corps. & Assn's § 11-402(b)(1)**

230.  Defendants repeat and incorporate their Answers to paragraphs 1 through 229 as though fully set forth herein.

231.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

232.  Denied.

233.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

**COUNT 28**
**Securities Fraud**
**Violations of Md. Code, Corps. & Assn's § 11-301**

234.  Defendant repeats and incorporates its Answers to paragraphs 1 through 233 as though fully set forth herein.

235.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this

1  paragraph contains allegations inconsistent with the statute, Defendants deny those

2  allegations.

3      236.  This paragraph states legal conclusions to which no response is required.

4  To the extent a further response is required, Defendants deny all allegations in this

5  paragraph.

6      237.  This paragraph states legal conclusions to which no response is required.

7  To the extent a further response is required, Defendants deny all allegations in this

8  paragraph.

9                                    **COUNT 29**

10  **Fraud and Unethical Business Practices in Investment Advisory Activities**
    **Violations of Md. Code, Corps. & Assn's § 11-302 and COMAR 02.02.05.03**

11

12      238.  Defendants repeat and incorporate its Answers to paragraphs 1 through

13  237 as though fully set forth herein.

14      239.  This paragraph states legal conclusions to which no response is required.

15  To the extent a response is required, the statute speaks for itself. To the extent this

16  paragraph contains allegations inconsistent with the statute, Defendants deny those

17  allegations.

18      240.  This paragraph states legal conclusions to which no response is required.

19  To the extent a response is required, the statute speaks for itself. To the extent this

20  paragraph contains allegations inconsistent with the statute, Defendants deny those

21  allegations.

22      241.  This paragraph states legal conclusions to which no response is required.

23  To the extent a further response is required, Defendants deny all allegations in this

24  paragraph.

25      242.  This paragraph states legal conclusions to which no response is required.

26  To the extent a further response is required, Defendants deny all allegations in this

27  paragraph.

28  / / /

243.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

244.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## XV. VIOLATIONS OF MISSISSIPPI STATUTE

(*Brought by Plaintiff Mississippi Secretary of State*)

### <u>COUNT 30</u>
**Unregistered Investment Adviser**
**Miss. Code Ann. §§ 75-71-403 to 75-71-404**

245.  Defendants repeat and incorporate their Answers to paragraphs 1 through 244 as though fully set forth herein.

246.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

247.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

248.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

249.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those

1   allegations.

2        250.  This paragraph states legal conclusions to which no response is required.

3   To the extent a further response is required, Defendants deny all allegations in this

4   paragraph.

5        251.  This paragraph states legal conclusions to which no response is required.

6   To the extent a further response is required, Defendants deny all allegations in this

7   paragraph.

8        252.  Admitted.

9        253.  This paragraph states legal conclusions to which no response is required.

10   To the extent a further response is required, Defendants deny all allegations in this

11   paragraph.

12                          **COUNT 31**
                            **Securities Fraud**
13        **Miss. Code Ann. § 75-71-501(1)-(3) and § 75-71-502(a)**

14

15        254.  Defendants repeat and incorporate their Answers to paragraphs 1 through

16   253 as though fully set forth herein.

17        255.  This paragraph states legal conclusions to which no response is required.

18   To the extent a response is required, the statute speaks for itself. To the extent this

19   paragraph contains allegations inconsistent with the statute, Defendants deny those

20   allegations.

21        256.  This paragraph states legal conclusions to which no response is required.

22   To the extent a further response is required, Defendants deny all allegations in this

23   paragraph.

24        257.  This paragraph states legal conclusions to which no response is required.

25   To the extent a response is required, the statute speaks for itself. To the extent this

26   paragraph contains allegations inconsistent with the statute, Defendants deny those

27   allegations.

28   / / /

258.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

259.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## COUNT 32
**Commodities Fraud**
**Miss. Code Ann. § 75-89-13**

260.  Defendants repeat and incorporate their Answers to paragraphs 1 through 259 as though fully set forth herein.

261.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

262.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

263.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## XVI. VIOLATIONS OF MISSOURI STATUTES

(*Brought by Plaintiff State of Missouri*)

## COUNT 33
**Eighteen Violations of Transacting Business as an Unregistered Investment Adviser Pursuant to Missouri Revised Statutes § 409.4-403[2]**

---

[2] This paragraph states a legal conclusion to which no response is required.  To the

264.  Defendants repeat and incorporate their Answers to paragraphs 1 through 263 as though fully set forth herein.

265.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

266.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

267.  Denied.

268.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

269.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## **COUNT 34**
### **Eighteen Violations of Missouri Revised Statutes Section 409.810**

270.  Defendants repeat and incorporate their Answers to paragraph 1 through 269 as though fully set forth herein.

271.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

/ / /

---

extent a further response is required, Defendants deny all allegations contained in this paragraph.

272.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

273.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

274.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

## XVII. VIOLATIONS OF NEW MEXICO LAWS

(*Brought by Plaintiff State of New Mexico*)

### COUNT 35
### Prohibited Conduct in Providing Investment Advice
### Violations of New Mexico Statute, NMSA 1978, § 58-13C-502(A)(2), and NMAC Rules 12.11.7.13(A)(L)(Q) & (R)

275.  Defendants repeat and incorporate their Answers to paragraphs 1 through 274.

276.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

277.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

278.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

279.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

# XVIII. VIOLATIONS OF NORTH CAROLINA STATUTES

(*Brought by Plaintiff North Carolina Department of the Secretary of State*)

## <u>COUNT 36</u>
### Material Misrepresentations and Omissions in Connection with the Sale of a Security
### Violations of N.C.G.S. § 78A

280.   Defendants repeat and incorporate their Answers to paragraphs 1 through 279 as though fully set forth herein.

281.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

282.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

283.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

284.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

285.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

/ / /

286. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

287. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

288. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

<u>COUNT 37</u>
**Unregistered Investment Adviser and Investment Adviser Representative Violations of N.C.G.S. § 78C-16**

289. Defendants repeat and incorporate their Answers to paragraphs 1 through 288 as though fully set forth herein.

290. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

291. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

292. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

293. This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those

allegations.

294.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

295.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

296.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

297.   Defendants admit that during the relevant period, Defendants are not registered as investment advisers or investment adviser representatives under North Carolina law and/or federal law.  Defendants admit that they have not submitted a notice filing with North Carolina as an investment adviser or investment adviser representative.  Defendants deny that they are not exempt from registration. Except so expressly admitted, Defendants deny all remaining allegations contained in this paragraph.

298.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

## COUNT 38
### Fraudulent Advisory Activities
### Violations of N.C.G.S. § 78C-8

299.   Defendants repeat and incorporate their Answers to paragraphs 1 through 298 as though fully set forth herein.

300.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

/ / /

301.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

302.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

## XIX. VIOLATIONS OF THE OHIO SECURITIES ACT

(*Brought by Plaintiff State of Ohio*)

### <u>COUNT 39</u>
### Acting as an Unregistered Investment Adviser
### O.R.C. § 1707.44(A)(1)

303.  Defendants repeat and incorporate their Answers to paragraphs 1 through 302 as though fully set forth herein.

304.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

305.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

306.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

307.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

308.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

/ / /

**COUNT 40**
**Securities Fraud**
**O.R.C. § 1707.44(G)**

309.  Defendants repeat and incorporate their Answers to paragraphs 1 through 308 as though fully set forth herein.

310.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

311.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

312.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

**COUNT 41**
**Misrepresentations in the Sale of Securities**
**O.R.C. § 1707.44(B)(4)**

313.  Defendants repeat and incorporate their Answers to paragraphs 1 through 312 as though fully set forth herein.

314.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

315.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

/ / /

**COUNT 42**
**Fraudulent, Manipulative, and Deceptive Conduct as an Investment Adviser**
**O.R.C. §§ 1707.44(M)(1)(a), (b), and (d) and 1707.44(M)(3)**

316.  Defendants repeat and incorporate their Answers to paragraphs 1 through 315 as though fully set forth herein.

317.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

318.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

319.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

320.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

## XX. VIOLATIONS OF THE OKLAHOMA UNIFORM SECURITIES ACT OF 2004

(*Brought by Plaintiff Oklahoma Department of Securities*)

**COUNT 43**
**Unregistered Investment Adviser**
**71 O.S. § 1-403(A)**

321.  Defendants repeat and incorporate their Answers to paragraphs 1 through 320 as though fully set forth herein.

322.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those

allegations.

323.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

324.  Admitted.

325.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

326.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

## COUNT 44
### Employment or Association with an Unregistered Investment Adviser Representative
### 71 O.S. § 1-403(D)

327.  Defendants repeat and incorporate their Answers to paragraphs 1 through 326 as though fully set forth herein.

328.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

329.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

330.  Admitted.

331.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

332.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

/ / /

/ / /

/ / /

/ / /

## COUNT 45
### Fraud
### 71 O.S. § 1-502(A)

333.  Defendants repeat and incorporate their Answers to paragraphs 1 through 332 as though fully set forth herein.

334.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

335.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

336.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

## XXI. VIOLATIONS OF THE SOUTH CAROLINA CODE

(*Brought by Plaintiff State of South Carolina*)

## COUNT 46
### Unregistered Investment Adviser and Investment Adviser Representative Violations of S.C. Code Ann. § 35-1-403 to 35-1-404

337.  Defendants repeat and incorporate their Answers to paragraphs 1 through 336 as though fully set forth herein.

338.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

339.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

340.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

341.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

342.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

343.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

344.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

345.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

## **COUNT 47**
**Securities Fraud**
**Violations of S.C. Code Ann. § 35-1-501(1)-(3) and § 35-1-502(a)**

346.  Defendants repeat and incorporate their Answers to paragraphs 1 through 345 as though fully set forth herein.

347.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

/ / /

348.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

349.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

350.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

351.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

## COUNT 48
### Unlawful Solicitation and Sale of Commodities
### Violations of S.C. Code Ann. § 39-73-30

352.  Defendants repeat and incorporate their Answers to paragraphs 1 through 351 as though fully set forth herein.

353.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

354.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

355.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

/ / /

356.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

357.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

358.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

### COUNT 49
**Commodities Fraud**
**Violations of S.C. Code Ann. § 39-73-60(1)-(4)**

359.  Defendants repeat and incorporate their Answers to paragraphs 1 through 358 as though fully set forth herein.

360.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

361.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

362.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

### XXII. VIOLATIONS OF THE UTAH UNIFORM SECURITIES ACT
### ("UUSA")

(*Brought by Plaintiff State of Utah*)

### COUNT 50
**Securities Fraud**
**Violations of Sections 61-1-1 and 61-1-2 of the UUSA**

363.  Defendants repeat and incorporate their Answers to paragraphs 1 through 362 as though fully set forth herein.

/ / /

364.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

365.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

366.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

367.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

## COUNT 51
### Unlicensed Investment Advisers or Investment Adviser Representatives
### Violations of Section 61-1-3(3) of the UUSA

368.   Defendants repeat and incorporate their Answers to paragraphs 1 through 367 as though fully set forth herein.

369.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

370.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

## XXIII. VIOLATIONS OF THE VERMONT STATUTES

### (*Brought by Plaintiff State of Vermont*)

## COUNT 52
### Unregistered Investment Adviser
### Violation of 9 V.S.A. § 5403

371.  Defendants repeat and incorporate their Answers to paragraphs 1 through 370 as though fully set forth herein.

372.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

373.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

374.  Denied.

375.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

376.  Defendants admit that Safeguard Metals is not registered as an investment adviser in Vermont.  Defendants deny that Safeguard Metals is not exempt from registrations. Except so expressly admitted, Defendants deny any remaining allegations contained in this paragraph.

377.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

**COUNT 53**
**Unregistered Investment Adviser Representative**
**In Violation of 9 V.S.A. § 5404**

378.  Defendants repeat and incorporate their Answers to paragraphs 1 through 377 as though fully set forth herein.

379.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

380.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

381.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

382.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

383.   Defendants admit that sales representative of Safeguard Metals are not registered in Vermont as investment adviser representatives. Defendants deny that sales representatives of Safeguard Metals are not exempt from registration.   Except so expressly admitted, Defendants deny any remaining allegations contained in this paragraph.

384.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

**<u>COUNT 54</u>**
**Securities Fraud**
**In Violation of 9 V.S.A. § 5501(1)**

385.   Defendants repeat and incorporate their Answers to paragraphs 1 through 384 as though fully set forth herein.

386.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

387.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

/ / /

/ / /

388.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.  To the extent a response is required, Defendants deny the allegations contained in this paragraph.

389.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

## COUNT 55
### Securities Fraud
### In Violation of 9 V.S.A. § 5501(2)

390.  Defendants repeat and incorporate their Answers to paragraphs 1 through 389 as though fully set forth herein.

391.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

392.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.  To the extent a response is required, Defendants deny all allegations in this paragraph.

393.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.  To the extent a response is required, Defendants deny the allegations contained in this paragraph.

394.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in this paragraph.

## COUNT 56
### Financial Exploitation of the Elderly
### In Violation of 9 V.S.A. § 5603(b)(2)(C)

395.  Defendants repeat and incorporate their Answers to paragraphs 1 through 394 as though fully set forth he rein.

396.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

397.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

398.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.  To the extent a response is required, Defendants deny the allegations contained in this paragraph.

399.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendants deny those allegations.

## XXIV. RELIEF REQUESTED

400.  Defendants deny that Plaintiffs have been injured or damaged in any amount, or at all, and deny that Plaintiffs are entitled to any remedy.  Defendants therefore respectfully request that the Court enter judgment against Plaintiffs on each of Plaintiffs' claims.   To the extent the Relief Requested includes any factual allegations, Defendants deny those allegations.

## XXV. DEMAND FOR JURY TRIAL

Defendants demand a trial by jury on all issues so triable.

401.   Defendants demand a trial by jury on all issues so triable.

## AFFIRMATIVE AND OTHER DEFENSES

Defendants allege the affirmative defenses set forth below.  By such pleading, Defendants do not waive, excuse, or alter the burden of proof and/or burden of going forward with the evidence that otherwise exists with respect to any particular issue of

law or in equity.  Furthermore, all defenses are pled in the alternative, and do not constitute an admission of liability or an admission as to whether Plaintiffs are entitled to any relief whatsoever.  Defendants also do not waive any affirmative defenses and reserve the right to assert any and all affirmative defenses that may be available after reasonable discovery.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The SAC is barred, in whole or in part, because the SAC fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (No Standing)

The SAC is barred, in whole or in part, because Plaintiffs lack standing to bring their claims.

## THIRD AFFIRMATIVE DEFENSE

### (No Subject Matter Jurisdiction – Plaintiff CFTC)

The SAC is barred, in whole or in part, for lack of subject matter jurisdiction because the CFTC does not have enforcement authority over the transactions at issue pursuant to 7 U.S.C. § 2 and 7 U.S.C. § 13a-1; the transactions alleged in the SAC do not involve any "commodity" under the Commodity Exchange Act, 7 U.S.C. § 1a(9). *See Commodity Futures Trading Com'n v. White Pine Trust Corp.*, 574 F.3d 1219, 1223-24 (9th Cir. 2009); *U.S. v. Brooks*, 681 F.3d 678, 694-95 (5th Cir. 2012).

## FOURTH AFFIRMATIVE DEFENSE

### (No Subject Matter Jurisdiction – Plaintiff States)

The SAC is barred, in whole or in part, for lack of subject matter jurisdiction to the extent the transactions at issue involved a numismatic coin whose fair market value is at least 15% or 20% higher than the value of the metal it contains. *See* Cal. Corp. Code § 29504; Idaho Code Ann. § 30-1501; Miss. Code. Ann. § 75-89-3; Mo. Ann. Stat. § 409.800; S.C. Code Ann. § 39-73-10.

**FIFTH AFFIRMATIVE DEFENSE**

**(Failure to Plead with Particularity)**

The SAC is barred, in whole or in part, because the SAC fails to comply with the pleading requirements of Rule 9(b) of the Federal Rules of Civil Procedure.

**SIXTH AFFIRMATIVE DEFENSE**

**(Assumption of Risk)**

The SAC is barred, in whole or in part, on the basis of the alleged Safeguard customers' assumption of risk.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Latches, Waiver, and/or Estoppel)**

The SAC is barred, in whole or in part, by the doctrines of laches, waiver and/or estoppel.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Consent)**

The SAC is barred, in whole or in part, because the matters alleged in the SAC as they pertain to Defendants were authorized, consented to, and/or ratified, and thus Plaintiffs are precluded and barred from asserting any such claim against Defendants.

**NINTH AFFIRMATIVE DEFENSE**

**(Good Faith)**

Plaintiffs are barred from recovery and/or relief by virtue of the fact that Defendants acted in good faith at all pertinent times.

**TENTH AFFIRMATIVE DEFENSE**

**(No Causation)**

The SAC is barred, in whole or in part, because Plaintiffs cannot establish that the alleged damages and/or injuries were caused and/or proximately caused by the alleged acts and/or omissions of Defendants.

/ / /

## ELEVENTH AFFIRMATIVE DEFENSE

### (No Reliance)

The SAC is barred, in whole or in part, because Plaintiffs cannot establish that any individual that purchased precious metals from Safeguard reasonably relied on any purported false statements and/or omissions by Defendants.

## TWELFTH AFFIRMATIVE DEFENSE

### (No Damages)

The SAC is barred, in whole or in part, because Plaintiffs cannot establish that any damages and/or injuries were the result of any alleged actions and/or omissions by Defendants.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiffs are barred from recovery to the extent Plaintiffs failed to mitigate damages, if any, with respect to the matters alleged in the SAC.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Equitable Monetary Relief)

The SAC is barred, in whole or in part, because Plaintiffs are not entitled to any equitable monetary relief, including restitution or disgorgement, as a result of any alleged actions taken by Defendants.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (No Injunctive Relief)

The SAC is barred, in whole or in part, because Plaintiffs cannot establish an inadequate remedy at law, risk of interim or irreparable harm absent injunctive relief, that any conduct sought to be enjoined is likely to be repeated in the future, and/or a likelihood of prevailing on the merits.

/ / /

/ / /

/ / /

## SIXTEENTH AFFIRMATIVE DEFENSE

### (No Civil Penalties)

The SAC is barred, in whole or in part, because Plaintiffs are not entitled to civil penalties pursuant to state and/or federal statute.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (No Fines)

The SAC is barred, in whole or in part, because Plaintiffs are not entitled to fines pursuant to state and/or federal statute.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (No Recission)

The SAC is barred, in whole or in part, because Plaintiffs are not entitled to recission.

## NINETEENTH AFFIRMATIVE DEFENSE

### ("Bespeaks Caution" Doctrine)

The SAC is barred, in whole or in part, because any alleged forward-looking statements made by Defendants (which Defendants deny) "contained enough cautionary language or risk disclosure to protect the defendant against claims of securities fraud." *Provenz v. Miller*, 102 F.3d 1478, 1493 (9th Cir. 1996) (quoting *In re Worlds of Wonder Securities Litigation*, 35 F.3d 1407, 1413 (9th Cir. 1994)). *See CFTC v. Mintco LLC*, 2016 WL 3944101 (S.D. Fla. May 17, 2016) (rejecting CFTC's argument that the bespeaks caution cannot be applied to CEA enforcement actions).

## TWENTIETH AFFIRMATIVE DEFENSE

### (Additional Affirmative Defenses)

Defendants presently have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unknown and unstated, affirmative defenses available. Defendants therefore reserve the right to amend this response to assert additional affirmative defenses in the event discovery indicates that

1  additional defenses are appropriate.

2

3  ### **PRAYER FOR RELIEF**

4  WHEREFORE, Defendants pray for judgment as follows:

5  1.  Plaintiffs take nothing by reason herein, and the SAC, and all causes of

6  action therein, be dismissed with prejudice;

7  2.  For costs of the suit herein;

8  3.  For reasonable attorneys' fees; and

9  4.  For such other and further relief as this Court may deem just and proper.

10

11  Dated:  April 18, 2023          **LARSON LLP**

12

13  By: /s/ *Paul A. Rigali*

14  PAUL A. RIGALI
   JERRY A. BEHNKE
   CATHERINE S. OWENS
15  CHLOË N. COLEMAN

16  Attorneys for Defendants
   SAFEGUARD METALS LLC AND
17  JEFFREY IKAHN

18

19

20

21

22

23

24

25

26

27

28