JEFF LE RICHE (*admitted pro hac vice*)
*jleriche@cftc.gov*
CLEMON D. ASHLEY (*admitted pro hac vice*)
*cashley@cftc.gov*
COMMODITY FUTURES
TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO 64108
Telephone: (816) 960-7700
Facsimile: (816) 960-7750
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION

PAUL A. RIGALI (SBN 262948)
*prigali@larsonllp.com*
JERRY A. BEHNKE (SBN 180462)
*jbehnke@larsonllp.com*
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000
Attorneys for Defendants
SAFEGUARD METALS LLC and
JEFFREY S. SANTULAN

*[Additional Counsel on Signature Pages]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SAFEGUARD METALS LLC AND JEFFREY SANTULAN a/k/a JEFFREY HILL, <br><br> Defendants. | Case No. 2:22-cv-00691-JFW-SK <br><br> Judge: John F. Walter <br><br> **JOINT REPORT REGARDING MEDIATION** |

1  Plaintiff COMMODITY FUTURES TRADING COMMISSION and
2  Defendants SAFEGUARD METALS LLC and JEFFREY S. SANTULAN hereby
3  notify the Court regarding the status of mediation efforts.
4  　　The parties conducted a private mediation with the Hon. Jay Gandhi (Ret.) of
5  JAMS on April 18, 2023. The mediation was attended by representatives of all parties.
6  Although the parties did not resolve this matter at mediation, settlement
7  communications have continued. On June 14, 2023, the Court entered judgment in
8  favor of the SEC (*SEC v. Ikah, et al.*, Case No.2:22-cv-00693) and against
9  Defendants. Settlement communications between all remaining parties are ongoing.
10
11 Respectfully submitted,
12
13 FOR PLAINTIFF COMMODITY                    FOR DEFENDANTS SAFEGUARD
   FUTURES TRADING COMMISSION                 METALS LLC and JEFFREY S.
14                                            SANTULAN
15
16 /s/ Jeff Le Riche                          /s/ Paul A. Rigali
   Jeff Le Riche                              Paul A. Rigali
17
18                                            FOR STATE PLAINTIFFS
19                                            By: /s/ Stephen P. Feaga
20
21                                            STEPHEN P. FEAGA
                                              Attorney for Plaintiff
22                                            ALABAMA SECURITIES COMMISSION
23
24                                            By: /s/ Christopher Nichols
25
26                                            CHRISTOPHER NICHOLS
                                              Attorney for Plaintiff
27                                            ARIZONA CORPORATION COMMISSION
28

By: /s/ Joseph Joslin

JOSEPH JOSLIN
Attorney for Plaintiff
ARKANSAS SECURITIES DEPARTMENT


By: /s/ Kelly Suk

KELLY SUK
Attorney for Plaintiff
CALIFORNIA DEPARTMENT OF FINANCIAL PROTECTION & INNOVATION


By: /s/ James W. Caley

JAMES W. CALEY
Attorney for Plaintiff
STATE OF CONNECTICUT DEPARTMENT OF BANKING


By: /s/ George C. Bedell III

GEORGE C. BEDELL III
Attorney for Plaintiff
FLORIDA OFFICE OF FINANCIAL REGULATION


By: /s/ Rayni M. Nakamura-Watanabe

RAYNI M. NAKAMURA-WATANABE
Attorney for Plaintiff
STATE OF HAWAII, DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS

By: /s/ Loren Messerly

LOREN MESSERLY
Attorney for Plaintiff
STATE OF IDAHO, DEPARTMENT OF FINANCE

By: /s/ Paula Bouldon

PAULA BOULDON
Special Assistant Attorney General
Attorney for Plaintiff
OFFICE OF THE SECRETARY OF STATE, ILLINOIS SECURITIES DEPARTMENT

By: /s/ Jefferson S. Garn

JEFFERSON S. GARN
Attorney for Plaintiff
INDIANA SECURITIES DIVISION

By: /s/ Amanda K. Robinson

AMANDA K. ROBINSON
Attorney for Plaintiff
IOWA INSURANCE DIVISION

By: /s/ Gary A. Stephens

GARY A. STEPHENS
Attorney for Plaintiff
KENTUCKY DEPARTMENT OF FINANCIAL INSTITUTIONS

JOINT REPORT REGARDING MEDIATION

By: /s/ Max F. Brauer

MAX F. BRAUER
Attorney for Plaintiff
STATE OF MARYLAND EX REL MARYLAND SECURITIES COMMISSIONER


By: /s/ Michael S. Hill

MICHAEL S. HILL
Attorney for Plaintiff
ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF THE STATE OF MICHIGAN


By: /s/ James Rankin

JAMES RANKIN
Attorney for Plaintiff
MISSISSIPPI SECRETARY OF STATE


By: /s/ Steven M. Kretzer

STEVEN M. KRETZER
Attorney for Plaintiff
MISSOURI COMMISSIONER OF SECURITIES


By: /s/ Joshua Shasserre

JOSHUA SHASSERRE
Attorney for Plaintiff
NEBRASKA DEPARTMENT OF BANKING & FINANCE

By: /s/ Alissa N. Berger

ALISSA N. BERGER
Attorney for Plaintiff
NEW MEXICO SECURITIES DIVISION


By: /s/ Tatyana Trakht

TATYANA "TANYA" TRAKHT
Attorney for Plaintiff
ATTORNEY GENERAL OF THE STATE OF NEW YORK


By: /s/ Sherrell Forbes

SHERRELL FORBES
Attorney for Plaintiff
NORTH CAROLINA DEPARTMENT OF THE SECRETARY OF STATE


By: /s/ Chad M. Kohler

CHAD M. KOHLER
Attorney for Plaintiff
OHIO DEPARTMENT OF COMMERCE DIVISION OF SECURITIES


By: /s/ Robert Fagnant

ROBERT FAGNANT
Attorney for Plaintiff
OKLAHOMA DEPARTMENT OF SECURITIES

By: /s/ Daniel J. Rice

DANIEL J. RICE
Attorney for Plaintiff
STATE OF OREGON, BY AND THROUGH ITS
DEPARTMENT OF CONSUMER AND
BUSINESS SERVICES AND ATTORNEY
GENERAL ELLEN F. ROSENBLUM


By: /s/ Jonathan Williams

JONATHAN WILLIAMS
Attorney for Plaintiff
STATE OF SOUTH CAROLINA
OFFICE OF ATTORNEY GENERAL


By: /s/ Shannon A. Wiley
SHANNON A. WILEY

Attorney for Plaintiff
STATE OF SOUTH CAROLINA
OFFICE OF THE SECRETARY OF STATE

By: /s/ Clayton Grueb

CLAYTON GRUEB
Attorney for Plaintiff
STATE OF SOUTH DAKOTA DEPARTMENT
OF LABOR & REGULATION


By: /s/ Kevin M. Kreutz

KEVIN M. KREUTZ
Attorney for Plaintiff
COMMISSIONER OF THE TENNESSEE
DEPARTMENT OF COMMERCE AND
INSURANCE

By: /s/ Jennifer Korb

JENNIFER KORB
Attorney for Plaintiff
UTAH ATTORNEY GENERAL'S OFFICE
UTAH DIVISION OF SECURITIES


By: /s/ Jennifer Rood

JENNIFER ROOD
Attorney for Plaintiff
VERMONT DEPARTMENT OF FINANCIAL REGULATION


By: /s/ Stephen S. Manning

STEPHEN S. MANNING
Attorney for Plaintiff
WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS, SECURITIES DIVISION


By: /s/ Laura E. McFarlane

LAURA E. MCFARLANE
Attorney for Plaintiff
THE STATE OF WISCONSIN